# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 6/16/2015

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/16/2015 11:24:41 AM

CHRISTOPHER A. PRINE
Clerk

TO:    1ST COURT OF APPEALS

From:    **Deputy Clerk: MICHELLE LOPEZ**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:    2014-04736**

**VOLUME _____    PAGE _____    OR    IMAGE # 65240074**

**DUE    6/28/2015    ATTORNEY 24051399**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE    1ST**

**DATE JUDGMENT SIGNED:    4/29/2015**

**MOTION FOR NEW TRIAL DATE FILED    N/A**

**REQUEST TRANSCRIPT DATE FILED    N/A**

**NOTICE OF APPEAL DATE FILED    5/12/2015**

**NUMBER OF DAYS: ( CLERKS RECORD )    60**

**FILE ORDERED:    YES ☐    NO ☒    IMAGED FILED:    YES ☒    NO ☐**

**CODES FOR NOTICE OF APPEAL:    BC, C, O**

CHRIS DANIEL
Harris County, District Clerk

By: __/s/MICHELLE LOPEZ__
    **MICHELLE LOPEZ, Deputy**

BC    NOTICE OF APPEAL FILED
BG    NOTICE OF APPEAL FILED – GOVERNMENT
C    JUDGMENT BEING APPEALED
D -    ACCELERATED APPEAL
OA    NO CLERK'S RECORD REQUEST FILED
O    CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA    AMENDED NOTICE OF APPEAL

CAUSE NO. 2014-04736

| | | |
|---|---|---|
| ALBORZ DATAR, | § | IN THE DISTRICT COURT |
| *Plaintiff* | § | |
| | § | |
| vs | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| NATIONAL OILWELL VARCO, L.P., | § | |
| *Defendant.* | § | |
| | § | 295th JUDICIAL DISTRICT |

## NOTICE OF APPEAL

Plaintiff, Alborz Datar, files this Notice of Appeal under Rule 25.1 of the Texas Rules of Appellate Procedure, and respectfully shows the Court as follows:

Plaintiff Alborz Datar desires to appeal from the trial court's April 29, 2015 Order Granting Defendant's Traditional and No Evidence Motions for Summary Judgment. This appeal will be taken to either the First or Fourteenth Court of Appeals.

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Court of appeals, I certify that Alborz Datar has not previously filed a related appeal or original proceeding in either the First or Fourteenth Court of Appeals.

Respectfully submitted,

1

SUD LAW P.C.


/s/ Nitin Sud
    Nitin Sud
    State Bar No. 24051399
    6750 West Loop South
    Suite 920
    Bellaire, Texas 77401
    Phone: 832-623-6420
    Fax: 832-304-2552

    Attorney for Plaintiff,
    Alborz Datar


## CERTIFICATE OF SERVICE

I certify that Plaintiff's Notice of Appeal was served on the following attorney via email on May 12, 2015.

    Christopher E. Moore
    Christine M. White
    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
    701 Poydras Street
    Suite 3500
    New Orleans, LA 70139

        /s/ Nitin Sud
        Nitin Sud

**FILED**
Chris Daniel
District Clerk
APR 2 9 2015

CAUSE NO. 2014-04736

| | | |
|---|---|---|
| ALBORZ DATAR, | § | IN THE DISTRICT COURT OF |
| *Plaintiff* | § | |
| | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| NATIONAL OILWELL VARCO, L.P., | § | |
| *Defendant* | § | 295TH JUDICIAL DISTRICT |

## ORDER

Came on to be heard Defendant National Oilwell Varco, L.P.'s Traditional

and No Evidence Motions for Summary Judgment. Upon consideration, the Court

GRANTS Defendant National Oilwell Varco, L.P.'s Traditional and No Evidence

Motions for Summary Judgment.

Signed this 29th day of April, 2015.
APR 2 9 2015

*Caroline Baker*

Judge Presiding

**RECORDER'S MEMORIANDUM**
*This instrument is poor quality
at the time of imaging*

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM     JUN 16, 2015(C1)
INT6510                     CIVIL CASE INTAKE             OPT: _____ -  INT
                         GENERAL PARTY INQUIRY            PAGE:   1 -    1

CASE NUM: 201404736__ PJN> __  TRANS NUM: _____ CURRENT COURT: 295 PUB? _
CASE TYPE: TERMINATION                    CASE STATUS: CASE ON APPEAL
STYLE: DATAR, ALBORZ              VS NATIONAL OILWELL VARCO L P
=============================================================================
                        **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME            PTY    ASSOC. ATTY
  NUM    NUMBER                                         STAT
 _     00004-0001 PHA        JOHNSON, LINDSEY M.
 _     00003-0001 AGT        NATIONAL OILWELL VARCO L P (A
 _     00002-0001 DEF 24068713 NATIONAL OILWELL VARCO L P        WHITE, CHRIST
 _     00002-0001 PAD 24068713 WHITE, CHRISTINE M.
 _     00001-0001 PLT 24051399 DATAR, ALBORZ                     SUD, NITIN




==> (5) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.    7=BACKWARD    8=FORWARD     9=PTY. ADDR. 10=REFRESH   11=HELP
```